JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL CALDERON dba MAC BUILDERS, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-05998-CV (ASx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiff's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff U.S. Specialty Insurance Company ("USSIC") as follows:

1. On USSIC's First Cause of Action, the Court finds and hereby declares that USSIC policy no. U20AC115071-01 issued to Defendant Miguel Calderon dba MAC Builders ("Calderon") is rescinded and void ab initio.

2. On USSIC's Second Cause of Action, the Court finds and hereby declares that USSIC policy no. U19AC115071-00 does not provide coverage for defense or indemnity with respect to the underlying lawsuit against Calderon entitled *Lederer v. Miguel A.*

*Calderon, individually and dba MAC Builders*, Los Angeles County Superior Court, Case No. 22SMCV02517.

    3.    Plaintiff shall recover its costs.

**IT IS SO ORDERED**.

Dated: 11/13/25

                                             *Cynthia Valenzuela*
                                    HON. CYNTHIA VALENZUELA
                                    UNITED STATES DISTRICT JUDGE